| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
June 27, 2018
David J. Bradley, Clerk

Colleen Witmer, §
§
Plaintiff, §
§
versus §   Civil Action H-18-1051
§
Layne Christensen Company, et al., §
§
Defendants. §

## Final Dismissal

1. Having been advised that Colleen Witmer no longer wishes to pursue her claims against Layne Christensen Company, David A.B. Brown, J. Samuel Butler, Robert R. Gilmore, John T. Nesser, III, Nelson Obus, Alan P. Krusi, Michael J. Caliel, Granite Construction Incorporated, and Lowercase Merger Sub Incorporated, this case is dismissed without prejudice. (5)

2. If re-filed in the United States District Court for the Southern District of Texas, Houston Division, the case will be assigned to Judge Lynn N. Hughes.

Signed on June 27, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge